**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIE BANKS JR., ADC # 078633          *
                                        *
                    Petitioner,         *
v.                                      *
                                        *          No. 5:15CV00089-SWW
WENDY KELLEY, Director,                 *
Arkansas Department of Correction       *
                                        *
                    Respondent.         *

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections.   After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice, and the requested relief is DENIED.

IT IS SO ORDERED  this 3rd day of June 2015.


                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE